UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIN WILSON and ANDREW OKUN,<br><br>                          *Plaintiffs*<br>v.<br><br>CITY OF NEW ORLEANS,<br>LATOYA CANTRELL, in her official capacity as Mayor of New Orleans,<br>GILBERT MONTANO, in his official capacity as the Chief Administrative Officer of the City of New Orleans,<br><br>                          *Defendants* | CIVIL ACTION NO.: 2:21-cv-1345<br><br>SECTION: G<br><br>DIVISION: 4<br><br>JUDGE: HON. NANETTE JOLIVETTE-BROWN<br><br>MAGISTRATE JUDGE: HON. KAREN ROBY |

## JOINT MOTION FOR DISMISSAL

NOW COME THE PARTIES TO THIS MATTER, Plaintiffs, Erin Wilson and Andrew Okun, and Defendants City of New Orleans, Latoya Cantrell, and Gilbert Montana (collectively "the Parties"), by their undersigned attorneys, hereby move this honorable Court for the dismissal of this proceeding under Federal Rule of Civil Procedure 41(a)(2). In support thereof, the Parties state:

1. On July 15, 2021, Plaintiffs Wilson and Okun filed a Complaint pursuant to 42 U.S.C. §1983, challenging a policy of the City of New Orleans that governed online speech of City employees, CAO Memorandum No. 83 (R) ("Policy").

2. Plaintiffs asserted that the Policy was violative of their free speech rights guaranteed by the First Amendment to the United States Constitution.

3. The Parties have engaged in settlement negotiations and have arrived at mutually agreeable revisions to the Policy, which has been adopted by the City.

4. The Parties mutually agree that the new Policy and will be distributed in the same form and with the same requirements as was its predecessor, CAO Memorandum No. 83 (R).

5. A copy of the revised Policy is attached hereto as Exhibit 1.

6. The revised policy resolves this litigation.

7. The Parties jointly move the Court to dismiss the lawsuit without prejudice.

8. Each Party shall bear its own costs and attorneys' fees.

9. A proposed order for dismissal is attached hereto.

This 4th day of May, 2022

Respectfully submitted,

FOR PLAINTIFFS:

*/s/ Katie Schwartzmann*
Katie Schwartzmann, La. No. 30295
Sarah Hunt-Blackwell, Pursuant to Student Practice Rule 83.2.13.
Karolyn Eilertsen, Pursuant to Student Practice Rule 83.2.13.
Tulane University School of Law
First Amendment Law Clinic
6329 Freret Street, Suite 130
New Orleans, La 70118
(504) 862-8813

kschwartzmann@tulane.edu
keilerts@tulane.edu
shuntblackwell@tulane.edu

*Attorneys for Plaintiffs*

FOR DEFENDANTS:

/s/ *Mark D. Macnamara*
**MARK DANIEL MACNAMARA, LSB # 24532**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB # 31330**
DEPUTY CITY ATTORNEY
**CHURITA HANSELL, LSB # 25694**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA TURNER, LSB # 23338**
CITY ATTORNEY
1300 PERDIDO STREET, ROOM 5E03
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 658-9800
FACSIMILE: (504) 658-9868

*Attorneys for Defendants*