UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIN WILSON et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1345** |
| **CITY OF NEW ORLEANS et al.** | **SECTION: "G"** |

# ORDER

Considering the "Joint Motion for Dismissal"[1] filed by the parties,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that the above captioned case be **DISMISSED WITHOUT PREJUDICE**, each party to bear their own costs, as agreed by the parties.

**NEW ORLEANS, LOUISIANA**, this __6th__ day of May, 2022.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 11.

1